CLOSED, JLH

**Live Database**
**U.S. District Court - Eastern District of Tennessee (Chattanooga)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-00229**

Murrey et al v. C.R. Bard, Inc. et al
Assigned to: District Judge Harry S Mattice, Jr
Referred to: Magistrate Judge Susan K Lee
Case in other court: Circuit Court For Hamilton County, Tennessee, 07C1008
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/28/2007
Date Terminated: 03/11/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Grace Murrey** represented by **John D McMahan**
McMahan Law Firm
323 High Street
Chattanooga, TN 37403
423-265-1100
Fax: 423-756-8120
Email: jdmcmahan17@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Murrey, IV**
*husband*
represented by **John D McMahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.** represented by **Andrew L Colocotronis**
Baker, Donelson, Bearman & Caldwell - Knoxville
P O Box 1792
Knoxville, TN 37901-1792
865-549-7000
Email: acolocotronis@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T Griffis**
Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005
202-898-5876
Fax: 202-682-1639
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L Junk**
Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005
202-898-5876
Fax: 202-682-1639
Email: mjunk@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **Andrew L Colocotronis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L Junk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2007 | 1 | NOTICE OF REMOVAL from Circuit Court For Hamilton County, Tennessee, case number 07C1008. ( Filing fee $ 350.00, receipt# C1002846 ), filed by C.R. Bard, Inc., and Davol, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet)(BJL ) (Entered: 09/28/2007) |
| 09/28/2007 | 2 | Corporate Disclosure Statement by C.R. Bard, Inc. and Davol, Inc. (BJL, ) Modified on 10/1/2007, pleading disabled, certificate of service is incorrect (AWH, ). (Entered: 09/28/2007) |
| 10/01/2007 | 3 | Certificate of Corporate Interest byC.R. Bard, Inc., Davol, Inc.. (Colocotronis, Andrew) Modified on 10/1/2007 ( replaces cf #2, FILED STAMPED DATE OF 9/28/07) (AWH, ). (Entered: 10/01/2007) |
| | | |

| | | |
|---|---|---|
| 10/08/2007 | 4 | ANSWER to Complaint with Jury Demand *(and Affirmative Defenses)* by C.R. Bard, Inc., Davol, Inc..(Colocotronis, Andrew) (Entered: 10/08/2007) |
| 10/09/2007 | 5 | ORDER: Scheduling Conference set for 11/9/2007 10:30 AM in Chambers before Honorable Harry S Mattice Jr.Signed by Judge Harry S Mattice Jr on 10/9/07. (KFB, ) (Entered: 10/09/2007) |
| 10/12/2007 | 6 | MOTION for Leave to Appear Pro Hac Vice *for Kirby Griffis* ( Filing fee $ 60 receipt number 821099.) by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit A)(Colocotronis, Andrew) (Entered: 10/12/2007) |
| 10/12/2007 | 7 | MOTION for Leave to Appear Pro Hac Vice *for Michael Junk* ( Filing fee $ 60 receipt number 821122.) by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit A)(Colocotronis, Andrew) (Entered: 10/12/2007) |
| 10/18/2007 | 8 | ORDER granting 6 Motion for Leave to Appear Pro Hac Vice as to Atty Kirby Troy Griffis. Signed by Judge Susan K Lee on 10/18/07. (PCS) (Entered: 10/18/2007) |
| 10/18/2007 | 9 | ORDER granting 7 Motion for Leave to Appear Pro Hac Vice as to Atty Michael Lee Junk. Signed by Judge Susan K Lee on 10/18/07. (PCS) (Entered: 10/18/2007) |
| 11/09/2007 | 10 | ORDER: Scheduling Conference is RESET to 12/7/2007 10:30 AM in Courtroom 1A before Honorable Harry S Mattice Jr.Signed by Judge Harry S Mattice Jr on 11/9/07. (KFB, ) (Entered: 11/09/2007) |
| 12/06/2007 | 11 | ORDER: Scheduling Conference set for 12/13/2007 11:30 AM in Chambers, Room 104. Signed by District Judge Harry S Mattice, Jr on 12/6/07. (KFB, ) (Entered: 12/07/2007) |
| 12/14/2007 | 12 | SCHEDULING ORDER: Final Pretrial Conference set for 4/6/2009 04:00 PM in Courtroom 1A before District Judge Harry S Mattice Jr. Jury Trial set for 4/21/2009 09:00 AM in Courtroom 1A before District Judge Harry S Mattice Jr.Signed by District Judge Harry S Mattice, Jr on 12/14/07. (KFB, ) (Entered: 12/14/2007) |
| 03/11/2008 | 13 | (CTO-15)CONDITIONAL TRANSFER ORDER (certified true copy) : Re: Kugel Mesh Hernia Patch Products Libility Litigation (Attachments: # 1 Letter from U.S. Judicial Panel.(BJL ) (Entered: 03/11/2008) |
| 03/11/2008 | | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (BJL) (Entered: 03/11/2008) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/12/2008 11:13:38 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |

Page 4 of 4

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00229 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |